**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-4932**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GORDON EDWARD HALL, JR.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, District Judge. (CR-00-157)

_____

Submitted: May 15, 2001                    Decided: May 23, 2001

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Louis C. Allen, III, Federal Public Defender, Gregory Davis, Assistant Federal Public Defender, Greensboro, for Appellant. Benjamin H. White, Jr., United States Attorney, Steven H. Levin, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gordon Edward Hall, Jr., appeals his conviction for possession of firearms in furtherance of a drug trafficking offense, in violation of 18 U.S.C.A. § 924(c)(1)(A) (West 2000). We affirm.

Hall contends the evidence at trial was insufficient to establish the possession of the firearms was in furtherance of the drug trafficking crime. A defendant challenging the sufficiency of the evidence to support a conviction bears "a heavy burden." United States v. Hoyte, 51 F.3d 1239, 1245 (4th Cir. 1995). On direct appeal of a criminal conviction, a "verdict of a jury must be sustained if there is substantial evidence, taking the view most favorable to the Government, to support it." Glasser v. United States, 315 U.S. 60, 80 (1942); see also United States v. Hastings, 134 F.3d 235, 238 (4th Cir. 1998).

We have reviewed the record and briefs and find sufficient evidence to support Hall's conviction. Accordingly, we affirm Hall's conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED